IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-417-MOC-DCK

| | |
|---|---|
| KENNETH L. BRYANT, BRYANT & ASSOCIATES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| CAPGEMINI FINANCIAL SERVICES USA, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Extension Of Time To File Reply Brief On Motion To Transfer Venue" (Document No. 19) filed August 30, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Extension Of Time To File Reply Brief On Motion To Transfer Venue" (Document No. 19) is **GRANTED**. Defendant shall have up to and including **September 14, 2012** to file a Reply Brief on the pending Motion to Transfer Venue (Document No. 2).

Signed: August 31, 2012

David C. Keesler
United States Magistrate Judge