IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-417-MOC-DCK

| | |
|---|---|
| KENNETH L. BRYANT, BRYANT & ASSOCIATES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAPGEMINI FINANCIAL SERVICES USA, INC., | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Extension Of Time Respond To Plaintiff's Motion To Amend" (Document No. 27) filed October 22, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiffs' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Extension Of Time Respond To Plaintiff's Motion To Amend" (Document No. 27) is **GRANTED**. Defendants shall have up to and including **November 1, 2012** to file a response to "Plaintiffs' Motion For Leave To File Amended Complaint" (Document No. 24).

Signed: October 22, 2012

David C. Keesler
United States Magistrate Judge