IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-417-MOC-DCK

| | | |
|---|---|---|
| BRYANT & ASSOCIATES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAPGEMINI FINANCIAL SERVICES USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Extension Of Time To Answer Or Otherwise Plead in Respond To Plaintiff's Amended Complaint" (Document No. 34) filed December 13, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Extension Of Time To Answer Or Otherwise Plead in Respond To Plaintiff's Amended Complaint" (Document No. 34) is **GRANTED**. Defendant shall have up to and including **January 14, 2013** to answer or otherwise respond to Plaintiff's "Amended Complaint" (Document No. 33).

Signed: December 13, 2012

David C. Keesler
United States Magistrate Judge