IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-00417-MOC-DCK

| | |
|---|---|
| KENNETH L. BRYANT, BRYANT & ASSOCIATES, LLC, | : |
| Plaintiffs, | : |
| | : **NOTICE OF SETTLEMENT** |
| -v- | : |
| CAPGEMINI FINANCIAL SERVICES USA, INC., | : |
| Defendant. | : |

The parties hereby notify the Court that they have entered into a settlement agreement that will resolve all claims and counterclaims. Terms of agreement require exchange of consideration which will occur within the next 30 days, at which time the parties will file a stipulation of dismissal.

This 16th day of January, 2013.

| | |
|---|---|
| s/Joseph W. Moss, Jr. | s/John M. Kirby |
| Joseph W. Moss, Jr. | John M. Kirby |
| N.C. Bar No. 20236 | 2501 Blue Ridge Road, Suite 250 |
| ERWIN, BISHOP, CAPITANO & MOSS, P.A. | Raleigh, North Carolina 27607 |
| | Phone: 919-861-9050 |
| 4521 Sharon Road, Suite 350 | Fax: 919-863-4101 |
| Charlotte, North Carolina 28211 | john@legal-nc.com |
| Direct: (704) 716-1205 | *Attorney for Plaintiff* |
| Fax: (704) 716-1201 | |
| jmoss@ebcmlaw.com | |
| *Attorneys for Defendant* | |