IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-417-MOC-DCK

| | |
|---|---|
| KENNETH BRYANT and ) | |
| BRYANT & ASSOCIATES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAPGEMINI FINANCIAL ) | |
| SERVICES USA, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the parties' "Notice Of Settlement" (Document No. 36) filed January 16, 2013. The parties report that they have entered a settlement agreement that will resolve all claims and counterclaims. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 19, 2013**.

**SO ORDERED**.

Signed: January 17, 2013

David C. Keesler
United States Magistrate Judge