IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-00417-MOC-DCK

KENNETH L. BRYANT, BRYANT & ASSOCIATES, LLC,

    Plaintiffs,

-v-

CAPGEMINI FINANCIAL SERVICES USA, INC.,

    Defendant.

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by the undersigned attorneys for the parties hereto, that this action is dismissed with prejudice, with each party bearing their own costs and fees

This 4th day of February, 2013.

s/Joseph W. Moss, Jr.
Joseph W. Moss, Jr.
N.C. Bar No. 20236
ERWIN, BISHOP, CAPITANO & MOSS, P.A.
4521 Sharon Road, Suite 350
Charlotte, North Carolina 28211
Direct: (704) 716-1205
Fax: (704) 716-1201
jmoss@ebcmlaw.com
*Attorneys for Defendant*

s/John M. Kirby
John M. Kirby
2501 Blue Ridge Road, Suite 250
Raleigh, North Carolina 27607
Phone: 919-861-9050
Fax: 919-863-4101
john@legal-nc.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-00417-MOC-DCK

KENNETH L. BRYANT, BRYANT &
ASSOCIATES, LLC,
                Plaintiffs,

-v-

CAPGEMINI FINANCIAL
SERVICES USA, INC.,

                Defendants.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the parties hereto, that this action is dismissed with prejudice, with each party bearing their own costs and fees.

Dated: January ___, 2013

LAW OFFICES OF JOHN M. KIRBY

By: _____
John M. Kirby
N.C. Bar No. 20014
Raleigh, North Carolina 27607
Tel. (919) 861-9050
john@legal-nc.com
Attorneys for Plaintiffs

ERWIN, BISHOP, CAPITANO & MOSS, P.A.

By: _____
Joseph W. Moss, Jr.
N.C. Bar No. 20236
4521 Sharon Road, Suite 350
Charlotte, North Carolina 28211
Tel: (704) 716-1205
jmoss@ebcmlaw.com
Attorneys for Defendant

SO ORDERED

_____
       U.S.D.J.

{N0328811; 2}

8